# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FREDDIE CALDWELL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv458-MHT |
| | ) | (WO) |
| REGINALD PARHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming he was subjected to excessive force by the defendant, a correctional officer, which caused pain and suffering. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE